1 | PERRY R. CLARK, State Bar No. 197101
Law Offices of Perry R. Clark
2 | 3457 Cowper St.
Palo Alto, CA 94306
3 | Telephone: (650) 248-5817
Facsimile: (650) 618-8533
4 | perry@perryclarklaw.com

5 | Attorney for Plaintiff
PETROLIAM NASIONAL BERHAD
6 | (PETRONAS)

7

8 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10 | PETROLIAM NASIONAL BERHAD,    )   CASE NO: 10-CV-03052
      )
11 |     Plaintiff,                )
      )   *IN REM* COMPLAINT FOR
12 |     vs.                       )   VIOLATION OF 15 U.S.C. § 1125(D)
      )   (CYBERPIRACY)
13 | PETRONASTOWERS.NET, an internet domain )
      name,                        )   DEMAND FOR JURY TRIAL
14 |                               )
          Defendant.               )
15 | _____)

COMPLAINT

Plaintiff Petroliam Nasional Berhad ("Petronas") for its *In Rem* Complaint against Defendant PETRONASTOWERS.NET, an internet domain name, alleges as follows:

## THE PARTIES

1. Plaintiff Petronas is a corporation duly organized under the laws of Malaysia with a principal place of business located at Tower 1, Petronas Twin Towers, Kuala Lumpur City Centre, 50088, Kuala Lumpur, Malaysia. Petronas is wholly-owned by the Government of Malaysia and is vested with the entire ownership and control of the petroleum resources of Malaysia.

2. Defendant PETRONASTOWERS.NET is an internet domain name that serves as the internet address for a website displaying obscene and highly offensive content. Plaintiff Petronas has not authorized the use of its United States Trademark "PETRONAS" or any other of its marks in connection with the domain name PETRONASTOWERS.NET or the associated website.

3. On information and belief, VeriSign, Inc. is the domain name registry for PETRONASTOWERS.NET.

4. GoDaddy.com, Inc. ("GoDaddy") is the domain name registrar for PETRONASTOWERS.NET.

5. According to GoDaddy's "WHOIS" database (available at "http://who.godaddy.com/WhoIs.aspx?domain=petronastowers.net&prog_id=godaddy"), the registrant of PETRONASTOWERS.NET is "Heiko Schoenekess, BPM 195226, 372 Old Streed, London, London EC1V 9AU, United Kingdom."

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(b) because this case arises under 15 U.S.C. § 1125(d).

COMPLAINT

1  7.  This Court has *in rem* jurisdiction over the defendant domain name PETRONASTOWERS.NET under 15 U.S.C. § 1125(d).

8.  Venue is proper in this judicial district pursuant to 15 U.S.C. § 1125(d)(2)(A) because the domain name registry for PETRONASTOWERS.NET is VeriSign, Inc., which is located in this judicial district.

## INTRADISTRICT ASSIGNMENT

9.  This is an intellectual property case and, as a result, there is no basis for assignment to any particular division pursuant to Civil L.R. 3-2(c).

## FACTUAL ALLEGATIONS

10. Plaintiff Petronas, the acronym for Petroliam Nasional Berhad, was incorporated on August 17, 1974 under the Companies Act of 1965. It is wholly-owned by the Malaysian government and is vested with the entire ownership and control of the petroleum resources in Malaysia through the Petroleum Development Act of 1974.

11. Petronas's corporate mission centers on its responsibility to contribute to the well-being of the people and the nations where it operates, in particular, the well-being of the Malaysian people and the Malaysian nation, by developing and safeguarding Malaysia's national petroleum resources. Petronas also serves the interests of the Malaysian nation and its people as one of the leading multi-national oil and gas companies, whose success has earned it a ranking as one of the Fortune Global 500 largest corporations in the world. As of 2009, Petronas has operations in more thirty three (33) countries worldwide and employs approximately 30,000 people.

12. In 1996, Plaintiff Petronas completed construction of the Petronas Twin Towers (the largest free standing towers in the world) in Kuala Lumpur, Malaysia's largest city and its cultural, commercial, and educational center. The Petronas Twin Towers serve as headquarters for

-3-

COMPLAINT

1  Petronas and house the offices of many other major foreign and domestic corporations, including
2  IBM, Microsoft, Boeing, McKinsey & Co., and Reuters. The Petronas Twin Towers and the
3  adjoining Suria KLCC mall complex house some of Malaysia's leading cultural facilities,
4  including an art museum (the Petronas Gallery), a symphony hall (the Petronas Philharmonic Hall,
5  home to the Malaysian Philharmonic Orchestra), a science and technology discovery center
6  (Petrosains), and a world-class aquarium (Aquaria KLCC, located in the adjoining Kuala Lumpur
7  Convention Center).

8      13. As an iconic landmark that is famous around the world and one of the most visited
9  destinations in Southeast Asia, the Petronas Twin Towers are widely and inseparably identified
10  with Petronas, its brand, and the trademark "PETRONAS."

11      14. Petronas owns all right and title to United States Trademark No. 2969707 for the
12  mark "PETRONAS." Petronas also is the owner of the trademark "PETRONAS TWIN
13  TOWERS," and others.

14      15. At all relevant times, Petronas uses its "PETRONAS" mark to, among other things,
15  identify itself as the source of the goods and services it provides.

16      16. Petronas uses its mark, for example, in its internet domain names associated with
17  Petronas's websites. Petronas's sole official website uses a domain name owned by Petronas that
18  uses the PETRONAS mark exclusively, "www.petronas.com.my," (the "Official Petronas
19  Website"). Petronas also owns several other domain names that operate "mirror" websites which
20  redirect to the Official Petronas Website: "www.petronas.com," "www.petronas.org," and
21  "www.petronas.my."

22      17. Petronas also uses the PETRONAS mark for the domain name associated with its
23  official Petronas Twin Towers website containing information about the Petronas Twin Towers,
24  "www.petronastwintowers.com.my." As with the Official Petronas Website, Petronas owns other
25

-4-

COMPLAINT

1 domain names, such as "petronastwintowers.com," which redirect web users to the official
2 "www.petronastwintowers.com.my" website.

3   18.   According to publicly available records, Go Daddy is the domain name registrar for
4 the defendant domain name "WWW.PETRONASTOWERS.NET." The domain name
5 "WWW.PETRONASTOWERS.NET" is the internet address for a pornographic website that
6 displays obscene and highly offensive content as soon as a computer user's internet browser
7 arrives at the site.

8   19.   Petronas has never authorized the use of its PETRONAS mark, or any other
9 Petronas mark, in the "WWW.PETRONASTOWERS.NET" domain name.

10  20.   GoDaddy's public records, known as "WHOIS" ("http://who.godaddy.com/
11 WhoIs.aspx?domain=petronastowers.net&prog_id=godaddy"), state that the registrant of the
12 "PETRONASTOWERS.NET" domain name is "Heiko Schoenekess, BPM 195226, 372 Old
13 Streed, London, London EC1V 9AU, United Kingdom."

14  21.   Go Daddy's records also state that the "Administrative Contact" and the "Technical
15 Contact" for the "PETRONASTOWERS.NET" domain name is "Schoenekess, Heiko
16 cc_ltd@live.com, BPM 195226 372 Old Streed, London, London EC1V 9AU, United Kingdom,
17 +44.2076636606."

18  22.   Plaintiff Petronas has been unable to locate the registrant of the
19 "WWW.PETRONASTOWERS.NET" domain name based on the information provided by the
20 domain registrar, Go Daddy. Petronas has sent notice of its intent to proceed under 15 U.S.C.
21 1125(d)(2)(A), as well as a copy of that section, to the registrant of the
22 "PETRONASTOWERS.NET" domain name, at the postal and email addresses he or she provided,
23 on information and belief, to the registrar, Go Daddy, as set forth above. Petronas also attempted

24
25

-5-

COMPLAINT

1  to provide such notice by telephoning the telephone numbers in the Go Daddy records but calls
2  placed to those telephone numbers were not answered.

<b><u>CLAIM FOR RELIEF UNDER 15 U.S.C. 1125(d)(2)(A)</u></b>

4   23.   Petronas incorporates and re-alleges the preceding paragraphs as if set forth fully
5  herein.

6   24.   The domain name "PETRONASTOWERS.NET" violates the rights of Petronas as
7  the owner of the registered mark "PETRONAS" and marks protected under 15 U.S.C. §§ 1125(a)
8  and (c).

9   25.   Petronas has been unable to find (or establish personal jurisdiction over) the
10  registrant of the domain name "PETRONASTOWERS.NET" by using the diligence described in
11  15 U.S.C. §§ 1125(d)(2)(A)(ii)(II)(aa).

<b><u>RELIEF SOUGHT</u></b>

13  In light of the foregoing, Petronas respectfully requests the following relief:

14   1.   The Court issue an order that Go Daddy, as the domain name registrar immediately
15  transfer all right, title, and interest in the domain name "PETRONASTOWERS.NET" to Petronas;

16   2.   Alternatively, the Court issues an order forever cancelling the domain name
17  "PETRONASTOWERS.NET."

18  Dated: July 12, 2010

By: _____
Perry R. Clark
Attorneys for Plaintiff
Petroliam Nasional Berhad

-6-

COMPLAINT

## JURY DEMAND

1. Plaintiff Petronas respectfully demands a jury trial on all issues so triable

Dated: July 12, 2010

By: _____
Perry R. Clark
Attorneys for Plaintiff
Petroliam Nasional Berhad

-7-
COMPLAINT